CV
07-592 TFH

No. 90cr00355

CR 90-355-TFH

_____

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

DORRELL RICHENSON COULTHRUST - PETITIONER

VS.

UNITED STATES OF AMERICA

granted
Hogen, C.J.
3/26/07

MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

   The petitioner has previously been granted leave to proceed in
forma pauperis in the following court:

      The UNITED STATES COURT OF APPEALS FOR THE
            DISTRICT OF COLUMBIA

                              DORRELL RICHENSON COULTHRUST
                              DRC507522
                              DORRELL RICHENSON COULTHRUST

RECEIVED

MAR 0 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RECEIVED

MAR 2 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT
in the CR division, M.L.Pugh

# AFFIDAVIT OR DECLARATION
## IN SUPPORT OF MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*

I, DORRELL R. COULTHRUST , am the petitioner in the above-entitled case. In support of my motion to proceed *in forma pauperis*, I state that because of my poverty I am unable to pay the costs of this case or to give security therefor; and I believe I am entitled to redress.

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $_____ | $_____ | $_____ | $_____ |
| Self-employment | $_____ | $_____ | $_____ | $_____ |
| Income from real property (such as rental income) | $_____ | $_____ | $_____ | $_____ |
| Interest and dividends | $_____ | $_____ | $_____ | $_____ |
| Gifts | $_____ | $_____ | $_____ | $_____ |
| Alimony | $_____ | $_____ | $_____ | $_____ |
| Child Support | $_____ | $_____ | $_____ | $_____ |
| Retirement (such as social security, pensions, annuities, insurance) | $_____ | $_____ | $_____ | $_____ |
| Disability (such as social security, insurance payments) | $_____ | $_____ | $_____ | $_____ |
| Unemployment payments | $_____ | $_____ | $_____ | $_____ |
| Public-assistance (such as welfare) | $_____ | $_____ | $_____ | $_____ |
| Other (specify): _____ | $_____ | $_____ | $_____ | $_____ |
| **Total monthly income:** | $_____ | $_____ | $_____ | $_____ |

2. List your employment history for the past two years, most recent first.   (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| N/A | | | $ |
| | | | $ |
| | | | $ |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| N/A | | | $ |
| | | | $ |
| | | | $ |

4. How much cash do you and your spouse have? $____ N/A ____
   Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| N/A | | $ | $ |
| | | $ | $ |
| | | $ | $ |

5. List the assets, and their values, which you own or your spouse owns.  Do not list clothing and ordinary household furnishings.

☐ Home
    Value ____ N/A ____

☐ Other real estate
    Value _____

☐ Motor Vehicle #1
    Year, make & model ____ N/A ____
    Value _____

☐ Motor Vehicle #2
    Year, make & model _____
    Value _____

☐ Other assets
    Description ____ N/A ____
    Value _____

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | $_____ | $_____ |
| _____ | $_____ | $_____ |
| _____ | $_____ | $_____ |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| N A | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

8. Estimate the average monthly expenses of you and your family.   Show separately the amounts paid by your spouse.   Adjust any payments that are made weekly, biweekly, quarterly, or annually to show the monthly rate.

|  | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $ N/A | $_____ |
| Are real estate taxes included?  ☐ Yes  ☐ No | | |
| Is property insurance included?  ☐ Yes  ☐ No | | |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $_____ | $_____ |
| Home maintenance (repairs and upkeep) | $_____ | $_____ |
| Food | $_____ | $_____ |
| Clothing | $_____ | $_____ |
| Laundry and dry-cleaning | $_____ | $_____ |
| Medical and dental expenses | $_____ | $_____ |

|                                                                                       | **You**      | **Your spouse** |
|---------------------------------------------------------------------------------------|--------------|-----------------|
| Transportation (not including motor vehicle payments)                                 | $ N/A        | $               |
| Recreation, entertainment, newspapers, magazines, etc.                                | $ N/A        | $               |

Insurance (not deducted from wages or included in mortgage payments)

|                          | **You**   | **Your spouse** |
|--------------------------|-----------|-----------------|
| Homeowner's or renter's  | $ N/A     | $               |
| Life                     | $ N/A     | $               |
| Health                   | $ N/A     | $               |
| Motor Vehicle            | $ N/A     | $               |
| Other: _____  | $ N/A     | $               |

Taxes (not deducted from wages or included in mortgage payments)

|                    | **You** | **Your spouse** |
|--------------------|---------|-----------------|
| (specify): __N/A__ | $       | $               |

Installment payments

|                      | **You**  | **Your spouse** |
|----------------------|----------|-----------------|
| Motor Vehicle        | $ N/A    | $               |
| Credit card(s)       | $ N/A    | $               |
| Department store(s)  | $        | $               |
| Other: _____  | $ N/A    | $               |

|                                                                                              | **You** | **Your spouse** |
|----------------------------------------------------------------------------------------------|---------|-----------------|
| Alimony, maintenance, and support paid to others                                             | $ N/A   | $               |
| Regular expenses for operation of business, profession, or farm (attach detailed statement)  | $ N/A   | $               |
| Other (specify): _____                                                      | $ N/A   | $               |
| **Total monthly expenses:**                                                                  | $       | $               |

9.  Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

N|K  ☐ Yes    ☐ No       If yes, describe on an attached sheet.

10.  Have you paid – or will you be paying – an attorney any money for services in connection with this case, including the completion of this form?    ☐ Yes    ☐ No

If yes, how much? _____ N\A _____

If yes, state the attorney's name, address, and telephone number:

N/A

11.  Have you paid—or will you be paying—anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

☐ Yes      ☐ No

If yes, how much? ___ N|A _____

If yes, state the person's name, address, and telephone number:

N / A

12.  Provide any other information that will help explain why you cannot pay the costs of this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _February 27,_____ , 20 O7

DORRELL RICHENSON COULTHRUST
_____
(Signature)

## CERTIFICATE OF SERVICE

I, Dorrell Richenson Coulthrust, Whose address is 2000 Cibola Loop Milan, New Mexico Near [87021];   On February 28, 2007, placed within the Cibola County Correction Center mailbox, the following:

* Petitioner's Habeas Corpus petition  ( a total of 16 pages)

* Petitioner's Motion for leave to proceede in forma pauperis ( a total of 9 pages)

These documents were placed in a sealed envelope and properly placed in the Facility's mail box by way of U.S. Postal Servece, Certified Mail Return Receipt # 7005 1820 0004 5508 5116, and sent to the following address:

**UNITED STATES DISTRICT COURT / DISTRICT OF COLUMBIA**
**Nancy Mayer-Whittington, District Clerk**
**E. Barrett Prettyman U.S. Courthouse**
**333 Constitution Ave., NW**
**Washington D.C. 20001**

I swear under the penalties of perjury for the laws of the state of New Mexico that the foregoing was executed on February 28, 2007, at Milan , New Mexico.

*DORRELL RICHENSON COULTHRUST*
DORRELL RICHENSON COULTHRUST